UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DENNIS PIKEY,               )
                            )
   Petitioner,              )
                            )
v.                          )   No. 4:08CV1986 AGF
                            )
DUNKLIN COUNTY, et al.,     )
                            )
   Respondents.             )

## ORDER

**IT IS HEREBY ORDERED** that petitioner's "Motion for Credit for Time Served While on Probation" [Doc. #7] is **DENIED**, without prejudice.[1]

Dated this 16th day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] The Court dismissed this action on March 18, 2009, for petitioner's failure to show cause as to why the case should not be dismissed for failure to exhaust available state remedies [Doc. #6].